# United States District Court
## for
## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Minett                                    Cr.: 02-860-001

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman, Senior USDJ

Date of Original Sentence: July 2, 2003

Original Offense: Tax Evasion (2 Counts)

Original Sentence: 8 months imprisonment (concurrent); 3 years supervised release; financial disclosure; no new credit; fine $5,000; DNA collection

Type of Supervision: supervised release                 Date Supervision Commenced: July 9, 2004

Assistant U.S. Attorney: James Nobile                   Defense Attorney: Robert J. DeGroot Esq.

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was arrested by the Essex County Sheriff's office on May 9, 2007, and charged with 3rd Degree Theft (over $500). |

I declare under penalty of perjury that the foregoing is true and correct.

By: Monica G. Martin
U.S. Probation Officer
Date: June 8, 2007

---

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 7/3/07 at 12 NOON
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Harold A. Ackerman
Signature of Judicial Officer

6-11-07
Date